**Order entered May 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00370-CV

### GENA MARCELLA MERCADANTE, ET AL., Appellants

### V.

### ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15882**

## ORDER

Before the Court is appellants' May 6, 2014 unopposed motion for an extension of time to file a brief. The record in this appeal is due on May 14, 2014. The reporter's record was filed on April 3, 2014. The clerk's record has not been filed. Appellants' brief will be due thirty days after the clerk's record is filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** appellants' motion as premature.

/s/     ADA BROWN
        JUSTICE